# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Janis L. Sammartino)**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ANDREA MELISSA GUICHO, <br> Defendant. | CASE NO.: 3:20-CR-01351-JLS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

IT IS HEREBY ORDERED, that for good cause being shown, the motion hearing/trial setting in the above-mentioned matter currently set for October 23, 2020 at 1:30 p.m. be continued to November 20, 2020 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by October 30, 2020.

For the reasons provided in the parties' motion (Dkt. No. 40), the Court excludes time through November 30, 2020 and finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 21, 2020

Hon. Janis L. Sammartino
United States District Judge