

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-CR-01351-JLS |
| Plaintiff, | |
| v. | **ORDER FOLLOWING BOND MODIFICATION TO VISIT** |
| ANDREA MELISSA GUICHO, | **VISIT MEXICALI FOR A WEEKEND** |
| Defendant. | |

IT IS HEREBY ORDERED THAT the court has modified the Defendants bond in the above matter. It is ordered that Defendant, Andrea Melissa Guicho, will be able to visit her family in Mexicali, Baja California for one weekend from Friday to Sunday at the following address: Ave. Gran Trianon 899 Frac. Versalles. Mexicali, Baja California 21254 as directed by pretrial. *The one-time weekend visit will be at Pretrial Services discretion.*

**IT IS SO ORDERED.**

Dated: 10/30/2020

HONORABLE RUTH B. MONTENEGRO
UNITED STATES MAGISTRATE JUDGE