**FILED**

DEC 17 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:20-CR-01351-JLS |
| Plaintiff, | |
| v. | **ORDER REGARDING BOND MODIFICATION TO TRAVEL TO MEXICALI** |
| ANDREA MELISSA GUICHO, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT the court has modified the Defendant's bond conditions in the above matter. It is ordered that Defendant, Andrea Melissa Guicho, be able to travel to Mexicali, Mexico on December 24, 2020 and return on December 26, 2020 and stay the night at her parents' house located at Versalles Residencial Gran Trianon 899, Mexicali, B.C. 21254 at the discretion and as directed by Pretrial Services.

**IT IS SO ORDERED.**

Dated: 12/17/2020

HONORABLE RUTH B. MONTENEGRO
UNITED STATES MAGISTRATE JUDGE