UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA MELISSA GUICHO,<br><br>Defendant. | Case No.: 20CR1351-JLS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ALLOW SENTENCING TO PROCEED VIA VIDEOCONFERENCE OR TELECONFERENCE** |
|---|---|

For the reasons set forth in Defendant's Motion Requesting Leave Allowing Sentencing to Proceed Via Videoconference, Teleconference or in Person[1] (ECF No. 60), the Court finds pursuant to the CARES Act that the use of videoconferencing and/or teleconferencing to conduct the sentencing hearing, with the consent of the defendant, is in the interest of justice in that such procedure will allow the defendant to request a time-served sentence and alternative living conditions at the earliest possible date and satisfy the objectives of sentencing under the United States Sentencing Guidelines and 18 U.S.C. § 3553.

IT IS SO ORDERED.

Dated: February 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[1] The Court's moratorium on in-person court proceedings remains in place and the Court finds no need to compromise the health and safety of the parties or Court staff by holding an in-person hearing. Accordingly, Defendant's request to proceed in person is **Denied**.